*This opinion will be unpublished and may not be cited except as provided by Minn. Stat. § 480A.08, subd. 3 (2014).*

**STATE OF MINNESOTA
IN COURT OF APPEALS
A15-1332**

State of Minnesota,
Respondent,

vs.

Luis Rene Molina,
Appellant.

**Filed June 13, 2016
Affirmed
Stauber, Judge**

Olmsted County District Court
File No. 55-CR-15-1352

Lori Swanson, Attorney General, St. Paul, Minnesota; and

Mark A. Ostrem, Olmsted County Attorney, James P. Spencer, Assistant County Attorney, Rochester, Minnesota (for respondent)

Cathryn Middlebrook, Chief Appellate Public Defender, Rachel F. Bond, Assistant Public Defender, St. Paul, Minnesota (for appellant)

Considered and decided by Johnson, Presiding Judge; Ross, Judge; and Stauber, Judge.

## UNPUBLISHED OPINION

**STAUBER**, Judge

Appellant challenges his conviction of first-degree test refusal under Minn. Stat. § 169A.20, subd. 2 (2014), arguing that the statute is unconstitutional. We affirm.